# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 18-44335 PJS  
**Case Name:** JACOBS, ANDREW SCOTT

**For Period Ending:** 09/30/2018

**Trustee Name:** (420180) K. Jin Lim  
**Date Filed (f) or Converted (c):** 03/27/2018 (f)  
**§ 341(a) Meeting Date:** 05/03/2018  
**Claims Bar Date:**

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | MISC. HOUSEHOLD FURNISHINGS, APPLIANCES, ETC. NO SINGLE ITEM VALUED OVER $600.00 | 2,500.00 | 0.00 | | 0.00 | FA |
| 2 | CLOTHING | 200.00 | 0.00 | | 0.00 | FA |
| 3 | CHECKING: CHASE | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Possible preference payments (u) | Unknown | Unknown | | 0.00 | Unknown |
| 4 | **Assets Totals (Excluding unknown values)** | **$3,200.00** | **$0.00** | | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

09/26/18 investigate debtor's financial affairs. dm

**Initial Projected Date Of Final Report (TFR):** 12/31/2019　　**Current Projected Date Of Final Report (TFR):** 12/31/2019

———————————  
10/18/2018  
Date

/s/K. Jin Lim  
———————————  
K. Jin Lim